[No. 28293-3-II. Division Two. April 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY C. GROVE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 01-1-00462-2, David E. Foscue, J., entered January 11, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[No. 28361-1-II. Division Two. April 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CYNTHIA V. DEPOE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 01-1-00017-9, David R. Draper, J., entered January 18, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 28412-0-II. Division Two. April 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TERREASA MARIE STANDISH, *Appellant*.

Appeal from judgments of the Superior Court for Kitsap County, No. 01-1-01151-9, Anna M. Laurie and Thomas J. Majhan, JJ., entered February 8 and 11, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 28434-1-II. Division Two. April 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID PAUL MELANCON, *Appellant*.

Appeal from judgments of the Superior Court for Pierce County, No. 00-1-04137-5, Vicki L. Hogan, J., entered January 18 and February 19, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Seinfeld, J.